# The Illinois and St. Louis Railroad Company

*v.*

# William McClintock.

Interest—*judgment on condemnation of land.* The judgment of the circuit court, upon appeal from commissioners' assessment of damages on condemnation of land for right of way under the act of 1852, will draw six per cent per annum interest, where possession of the property is taken and retained by the applicant for condemnation.

Appeal from the Circuit Court of St. Clair county; the Hon. Joseph Gillespie, Judge, presiding.

This was an agreed case, whereby it appeared that the appellee, on appeal to the circuit court from the action of commissioners appointed under the act of 1852, recovered $5000 damages for property taken under the right of eminent domain by the appellant. The cause was brought to this court on appeal, and the judgment of the circuit court affirmed. The railroad company then paid the sum awarded by the jury, without interest. It was agreed that, if the judgment bore interest, the appellee should recover the sum of $266.65 against the

company.    The circuit court so held, and the company appealed from the judgment.

Messrs. G. & G. A. KŒRNER, for the appellant.

Messrs. C. W. & E. L. THOMAS, for the appellee.

Mr. JUSTICE SCHOLFIELD delivered the opinion of the Court:

The only question here presented is, whether a judgment of a circuit court, on appeal from commissioners condemning lands for right of way, under the act of 1852, relating to that subject, bears interest, where possession of the property condemned is taken and retained by the applicant for condemnation.

The question was settled by this court in the case of *Cook* v. *The South Park Commissioners*, 61 Ill. 115. It was there said: "We think that interest should be allowed upon judgments, when final, in proceedings of this character. They are within the spirit, if not within the terms, of the statute, which allows interest upon all judgments recovered." We are not disposed to depart from the construction thus given to the act.

The judgment of the circuit court allowing interest from the date of the judgment of the condemnation in that court, is therefore affirmed.

*Judgment affirmed.*